UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

KARYN MANNIX CONTEMPORARY INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-8660

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, KARYN MANNIX CONTEMPORARY INC., with prejudice and without fees and costs.

Dated: New York, New York
       May 15, 2023

                                        **GOTTLIEB & ASSOCIATES**

                                        _/s/Michael A. LaBollita, Esq._

                                Michael A. LaBollita, Esq., (ML-9985)
                                    150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                                  Phone: (212) 228-9795
                                                      Fax: (212) 982-6284
                                                  Michael@Gottlieb.legal

                                                      _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge